# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATAGONIA, INC., | Case No. 2:22-cv-07311-AB-RAO |
| Plaintiff, | **[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO ROBIN RUTH USA** |
| v. | |
| WALMART INC. and ROBIN RUTH USA, | |
| Defendants. | |

The Court, based on the stipulation of Plaintiff Patagonia, Inc. and Defendant Robin Ruth USA that the foregoing facts and conclusions of law are correct, enters judgment as follows:

## FINDINGS

1.     On October 6, 2022, Plaintiff Patagonia Inc. ("Patagonia") filed this action. Patagonia alleged, among other things, that Robin Ruth created, produced, offered for sale, facilitated the sale, and/or sold items that infringed upon Patagonia's trademarks and copyrights used in connection with certain products (the "Accused Products") as set forth in the First Amended Complaint (the "Complaint").

2.     Patagonia owns United States Trademark Registration Nos. 1,811,334, 1,189,402, and 5,491,401, for the PATAGONIA Trademark, as well as common law

rights arising from its use of the PATAGONIA mark (the "Patagonia Trademark"). Patagonia also owns a design trademark, that includes a silhouette of the jagged peaks of the Mt. Fitz Roy skyline framed by a stormy color-banded sky.  Patagonia has used this trademark for many years to identify itself as the source of its products. Patagonia alleges it owns United States Trademark Registration Nos. 1,294,523, 1,547,469, 1,775,623, 4,500,490, and 4,773,290, among others, for the Fitz Roy Design trademark, as well as common law rights arising from its long use of the mark (collectively, the "Fitz Roy Design Trademark"). Patagonia alleges its logos are also protected by copyright, including its Fitz Roy Design (Reg. No. VA 1-801-788) (all of the foregoing are referred to collectively as "Patagonia's Intellectual Property").

3.      Examples of Patagonia's Intellectual Property follow:







4.      Robin Ruth produced and sold items bearing certain graphics that Patagonia has alleged infringe Patagonia's Intellectual Property.

**INJUNCTION**

5.      Robin Ruth USA and certain affiliated signatories to the stipulation, including Finish 1st Marketing, LLC, All Things Positive, LLC, Robin Ruth of the Rockies, LLC, Tomgal, LLC, and their respective officers, owners, and directors (the "Enjoined Parties") have consented to entry of a permanent injunction.  Based on the foregoing findings, the Court permanently enjoins and restrains the Enjoined Parties and all their affiliates, shareholders, managers and employees who have notice of this

1   injunction from:

2        a.    using any reproduction, counterfeit, copy, colorable imitation, or

3   substantially similar design of Patagonia's Intellectual Property in

4   connection with the manufacture, design, production, advertising,

5   marketing, offering for sale, promoting, displaying, or selling any

6   goods or the rendering of any services not authorized by Patagonia;

7        b.    infringing Patagonia's Intellectual Property by manufacturing,

8   producing, distributing, circulating, selling, marketing, offering for

9   sale, advertising, promoting, or displaying any products not

10   authorized by Patagonia bearing any simulation, reproduction,

11   counterfeit, copy or colorable imitation of Patagonia's Intellectual

12   Property, or any marks or designs that are substantially similar to

13   Patagonia's Intellectual Property;

14        c.    using any simulation, reproduction, counterfeit, copy, colorable

15   imitation, or substantially similar design of Patagonia's Intellectual

16   Property in connection with websites, social media accounts, or

17   any other media that now exists or may in the future exist;

18        d.    using any simulation, reproduction, counterfeit, copy, colorable

19   imitation, or substantially similar design of Patagonia's Intellectual

20   Property in connection with or the promotion, advertisement,

21   display, sale, offering for sale, manufacture, production, circulation

22   or distribution of any unauthorized products, in such fashion as to

23   relate or connect, or tend to relate or connect, such products,

24   websites, social media accounts, or other media in any way to

25   Patagonia, or to any goods sold, manufactured, sponsored or

26   approved by, or connected with Patagonia;

27        e.    engaging in any conduct constituting an infringement of

28   Patagonia's Intellectual Property;

[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION
AS TO ROBIN RUTH USA - Case No. 2:22-cv-07311-AB-RAO

1              f.     operating or engaging in any business that offers for sale any

2                   products not authorized by Patagonia bearing designs that were

3                   derived from Patagonia's Intellectual Property.

4              g.     designing any product or graphic using Patagonia's Intellectual

5                   Property as inspiration for the product or graphic.

6              h.     effecting assignments or transfers, forming new entities, joint

7                   ventures or associations, or utilizing any other device for the

8                   purpose of circumventing or otherwise avoiding the prohibitions

9                   set forth in this Judgment.

10                             **MISCELLANEOUS**

11      6.    Each side will bear its own costs and fees.

12

13      **IT IS SO ORDERED**.

14

15    Dated:  November 8, 2023

16                              Honorable André Birotte Jr.
                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28