# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC., | Case No. 2:22-cv-07311-AB-RAO |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| WALMART INC. and ROBIN RUTH USA, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, upon stipulation of the parties, the captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November 14, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE